# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BRANUM | CIVIL ACTION |
| VERSUS | NO. 23-1512 |
| BRINKER INTERNATIONAL, ET AL. | SECTION: "R" (3) |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the parties have firmly agreed upon a compromise in this matter,

**IT IS ORDERED** that this action is dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __15th__ day of November, 2024.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**